IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**COURTNEY DEVON GOINES, #285781,**  *

  Plaintiff,  *

vs.  * CIVIL ACTION NO. 20-00070-KD-B

**WARDEN COOKS,** *et al.*,  *

  Defendants.  *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 3, 2021 (Doc. 34) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's orders.

**DONE** and **ORDERED** this 7th day of October 2021.

                                        <u>s/ Kristi K. DuBose</u>
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**