```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

COURTNEY DEVON GOINES, #285781,　*
　　　　　　　　　　　　　　　　*
　　Plaintiff,　　　　　　　　　*
　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　* CIVIL ACTION NO. 20-00070-KD-B
　　　　　　　　　　　　　　　　*
WARDEN COOKS, *et al.*,　　　　*
　　　　　　　　　　　　　　　　*
　　Defendants.　　　　　　　　*

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's orders.

**DONE** and **ORDERED** this 7th day of October 2021.

　　　　　　　　　　　　　　s/ Kristi K. DuBose
　　　　　　　　　　　　　　KRISTI K. DuBOSE
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE