# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **COURTNEY DEVON GOINES,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 20-00070-KD-B |
| **WARDEN COOKS,** *et a*l., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that this action is DISMISSED without prejudice for Plaintiff's failure to prosecute and failure to comply with the Court's orders.

**DONE** and **ORDERED** this 10th day of May 2022.

                                            **s / Kristi K. DuBose**
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**